## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

EVAN PETROS,

        CASE NO.  2:14-cv-13586

     Plaintiff,

v                HONORABLE MONA K. MAJZOUB

SUBWAY #22959,

     Defendant.

_____/

| | |
|---|---|
| Pete M. Monismith (P78186) | David  Polidori (P35133) |
| Attorney for Plaintiff | LAW OFFICE OF JAMES M. HICKS |
| 3945 Forbes Avenue #175 | Attorney for Defendant |
| Pittsburgh, PA 15213 | One Towne Square, Suite 1060 |
| 724-610-1881 | Southfield, MI 48076 |
| Fax (412) 258-1309 | (248) 350-6173 |
| | Fax (314) 682-1469 |

_____/

### STIPULATION AND MOTION TO SUBSTITUTE FARHA GROUP NO. 5, INC. FOR DEFENDANT, SUBWAY #22959

Plaintiff Evan Petros, Defendant Subway #22959 and Defendant Farha Group No. 5, Inc. submit this agreed stipulation and motion and respectfully request that the Court substitute Defendant Farha Group No. 5, Inc. for Defendant Subway #22959, and show the Court as follows:

1.      On or about September 16, 2014, Plaintiff filed a Complaint against Defendant, Subway #22959, asserting claims under the Americans with Disabilities Act of 1990, 42 U.S.C. § 12181 et seq. relating to the Subway restaurant located at 35427 Goddard, Romulus, Michigan.

2.      Upon representation of Defendant Farha Group No. 5, Inc., they are the proper party to the lawsuit subject to liability.

3.      Defendant Farha Group No. 5, Inc. is the operator and lessee of the property in question.

4.      Defendant Farha Group No. 5, Inc. is the proper party in interest to be substituted into this action in place of Defendant Subway #22959.

5.      All parties consent to the substitution of parties.

6.      This Motion is not sought for the purposes of delay, but to ensure that the correct parties are properly joined to this action.

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order substituting Farha Group No. 5, Inc. for Defendant Subway #22959 in this action.


Attorney for Plaintiff:
Evan Petros

s/ Pete M. Monismith
Pete M. Monismith (P78186)
3945 Forbes Ave.#175
Pittsburgh, PA 15213
ph. (724) 610-1881
pete@monismithlaw.com

Attorney for Defendant:
Farha Group No. 5, Inc.,
Subway #22959

s/ David Polidori
David Polidori (P35133)
Law Office of James Hicks
One Towne Square, Suite 1060
Southfield, MI  48076
Office Direct Dial: (248) 350-6173
david.polidori@cna.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

EVAN PETROS,

           CASE NO.   2:14-cv-13586

      Plaintiff,

v                        HONORABLE MONA K. MAJZOUB

SUBWAY #22959,

      Defendant.

_____/

| | |
|---|---|
| Pete M. Monismith (P78186) | David  Polidori (P35133) |
| Attorney for Plaintiff | LAW OFFICE OF JAMES M. HICKS |
| 3945 Forbes Avenue #175 | Attorney for Defendant |
| Pittsburgh, PA 15213 | One Towne Square, Suite 1060 |
| 724-610-1881 | Southfield, MI 48076 |
| Fax (412) 258-1309 | (248) 350-6173 |
| | Fax (314) 682-1469 |

_____/

## ORDER SUBSTITUTING FARHA GROUP NO. 5, INC.
## FOR DEFENDANT, SUBWAY #22959

     It is hereby ordered that FARHA GROUP NO. 5, Inc. is substituted as defendant in this

matter in the place and stead of SUBWAY #22959, and that the caption on this matter shall now

read as follows:

**EVAN PETROS, Individually,**

   Plaintiff,

v

**FARHA GROUP NO. 5, INC., a domestic company,**

   Defendant.

Dated:  February 11, 2015            s/ Honorable Mona K. Majzoub
                                 **MONA K. MAJZOUB**
                                 **U. S. Magistrate Judge**